**Order entered May 12, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00833-CV

## IN RE PATRICIA STEPHENS, INDIVIDUALLY AND AS TRUSTEE OF THE WALTER H. STEPHENS TRUST, THE SSH TRUST, THE SUTTON ELIZABETH STEPHENS TRUST, THE HEATHER LOVE STEPHENS IRREVOCABLE TRUST, AND PATCO ENERGY, LTD., Relators

### Original Proceeding from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-03406

### ORDER
Before Justices Osborne, Reichek, and Smith

In accordance with the Court's opinion of this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. The Court **ORDERS** the trial court to vacate the portion of its August 3, 2020 order that denies relators' motion to transfer venue. We further **ORDER** the trial court to grant relators' motion to transfer venue and to order transfer of the case to Reagan County.

The Court further **ORDERS** the trial court to file with this Court, within **FIFTEEN DAYS** of the date of this order, a certified copy of its order issued in

compliance with this Order.  A writ will issue only if the trial court fails to comply with this Order.

/s/    LESLIE OSBORNE
JUSTICE